---- United States Bankruptcy Court                    VOLUNTARY PETITION
| DISTRICT OF IDAHO

IN RE                                      NAME OF JOINT DEBTOR
Jordan, Michael J.                         Jordan, Kenna J.
ALL OTHER NAMES                            ALL OTHER NAMES ----

None                                       None
SOC. SEC./TAX I.D. NO.       -------       SOC. SEC./TAX I.D. NO.       --------
    -7446                                      5259
STREET ADDRESS OF DEBTOR --------          STREET ADDRESS OF JOINT DEBTOR
409 Warner Avenue                          409 Warner Avenue
Lewiston ID 83501                          Lewiston ID 83501
COUNTY -------- TEL-(208) 743 2324         COUNTY ------- TEL-(208) 743 2324
Nez Perce                                  Nez Perce
MAILING ADDRESS OF DEBTOR --               MAILING ADDRESS OF JOINT DEBTOR
409 Warner Avenue                          409 Warner Avenue
Lewiston ID 83501                          Lewiston ID 83501
LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
  N/A
VENUE
Debtor has been domiciled or has had a residence, principal place of
business, or principal assets in this District for 180 days
immediately preceding the date of this petition or for a longer part
of such 180 days than in any other District.
            INFORMATION REGARDING DEBTOR
TYPE:   Joint (Husband and Wife)             CHAPTER OF BANKRUPTCY CODE
NATURE: Non Business/Consumer              | UNDER WHICH THE PETITION
A. TYPE OF BUSINESS                          IS FILED:  7
   N/A                                       FILING FEE
                                           | Attached
B. BRIEFLY DESCRIBE NATURE OF BUSINESS     -----
   N/A

STATISTICAL/ADMINISTRATIVE INFORMATION       ATTORNEY NAME(S)/ADDRESS
Debtor estimates that, after any exempt     Patricia L. Evans
property excluded and administrative
expenses paid, NO funds will be available  | Bar #4831
for distribution to unsecured creditors.

|--                    range --- (sard code)-|
   NO. OF CREDITORS 1 15             (1) |
  ASSETS (thousands) Under 50        (1) |
LIABIL. (thousands) Under 50         (1) |
   NO. OF EMPLOYEES N/A                  |
EQUITY SEC. HOLDERS N/A                   |
                                              --THIS SPACE FOR COURT USE ONLY

Name of Debtor:                                    Case No.:
**Jordan, Michael J.**
**Jordan, Kenna J.**

---

---------- PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS ----------
Location Where Filed                    Case Number ---- Date Filed
No Prior Bankruptcies

- PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE -
Name of Debtor                          Case Number ---- Date Filed
No Pending Bankruptcies

Relationship          District      ------------ Judge --------

REQUEST FOR RELIEF ----------
Debtor is eligible for and requests relief in accordance with the
chapter of title 11 United States Code specified in this petition.
SIGNATURES --------------------

_Attorney signature_                    _Date_  12-20-04

---------------- INDIVIDUAL OR JOINT DEBTOR(S) ----------
I declare under penalty of perjury that the information provided in
this petition is true and correct.

X _____                   X _____
Signature of Debtor             Signature of Joint Debtor

Date: _____               Date: _____

-------------------- EXHIBIT A --------------------
Exhibit A is attached and made a part of this petition.
----- INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS -----
I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title
11, U.S.C., understand the relief available under such chapter, and
choose to proceed under chapter 7 of such title. If I am represented
by an attorney, Exhibit B has been completed.

X _____                   X _____
Signature of Debtor             Signature of Joint Debtor
Date: _____               Date: _____

-------------------- EXHIBIT B --------------------
I, the attorney for the debtor(s) named in the foregoing petition,
declare that I have informed the debtor(s) that the debtor(s) may
proceed under chapter 7, 11, 12, or 13 of title 11 United States
Code) and have explained the relief available under such chapter.

X _____                   _____
Signature of Attorney           Date  12-20-04

---

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF IDAHO

In re: Jordan, Michael J.
       and                                    Case No. (if known)
       Jordan, Kenna J.
       Debtors

---------------------- SUMMARY OF SCHEDULES ----------------------

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| X (mark if attached) | | | | |
| A – Real Property | 1 | $20,000.00 | | |
| B   Personal Property | 4 | 8,850.00 | | |
| C – Property Claimed as Exempt | 3 | | | |
| D – Creditors Holding Secured Claims | 2 | | 97,300.00 | |
| E – Creditors Holding Unsecured Priority Claims | 1 | | 0.00 | |
| F – Creditors Holding Unsecured Non-priority Claims | 3 | | 0.00 | |
| G   Executory Contracts and Unexpired Leases | 1 | | | |
| H – Codebtors | 1 | | | |
| I   Current Income of Individual Debtors | 2 | | | 3,604.00 |
| J – Current Expenditures of Individual Debtors | 4 | | | 3,504.00 |
| Summary Sheet | 1 | *********************************** |
| Total No. Sheets | 23 | *********************************** |
| Total Assets –> | | 128,850.00 |*********************** |
| Total Liabilities –> | | 97,300.00 |******* |
| Total No. of Creditors –> | | 12 |******* |

In re Jordan, Michael J.

Case No. (if known)

      Jordan, Kenna J.
      Debtors

## SCHEDULE A   REAL PROPERTY

| Description and location of property | Current market value of debtor interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of Debtor interest in property | Amount of secured claim |

**Primary Residence**
Owner: **Community**
Location: **409 Warner**
      **Lewiston ID 83501**
Nature of interest: **Fee Simple subject to liens**
Secured creditor: **City Mortgage**
Amount of claim: 50,000.00
Possession: In debtor possession.

Debtor interest:

**Primary Residence**
Owner: **Husband**
Location:
Nature of interest:
Secured creditor: **Mortgage Loan Services**
Amount of claim: 47,000.00
Possession: In debtor possession.

Debtor interest:　　**₹20,000.00**

Total:　　**120,000.00**

In re Jordan, Michael J.

Jordan, Kenna J.
Debtors

Case No. (if known)

## SCHEDULE B – PERSONAL PROPERTY

| Type of property | Current market value of debtor |
|---|---|
| Description and location of property | interest in property without deducting any secured claim |

1. Cash on hand.
   None
2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.
   None
3. Security deposits with public utilities, telephone companies, landlords, and others.
   None
4. Household goods and furnishings, including audio, video, and computer equipment.

| | |
|---|---|
| Bed<br>Owner: Husband<br>Location: In debtor possession.<br>Secured creditor: Wells Fargo<br>Amount of claim: 300.00 | Debtor interest:          300.00 |
| CHAIR<br>Owner: Husband<br>Location: In debtor possession.<br>Secured creditor: American General<br>Amount of claim: | Debtor interest: |
| Stove, refrigerator, Small kitchen appliances, kitchen utensils, pots and pans, dishes, table/chairs, sofa, loveseat, living room chairs, end/coffee tables, wall hangings, knick knacks, household plants mirrors clocks, linens, rugs, curtains/drapes, beds (3), dressers, chest of drawers, misc personal items, computer w/ accessories, desk and chair, bedroom furniture, yard and garden items, vaccuum cleaner, supplies, iron/board, televisions, | Debtor interest:        3,800.00 |

In re Jordan, Michael J.

Case No. (if known)

    Jordan, Kenna J.
    Debtors

    vcr, dvd, tapes/cd's/dvd's, lamps,
    stereo,
    Owner: Community
    Location: In debtor possession.

5.   Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    None
6.   Wearing apparel.

    Clothing for 3 people        Debtor interest:      600.00
    Owner: Community
    Location: In debtor possession.

7.   Furs and jewelry.
    None
8.   Firearms and sports, photographic, and other hobby equipment.

    22 Smith & Wesson pistol        Debtor interest:      100.00
    Owner: Community
    Location: In debtor possession.

    338 Mag Sako (hunting gun)        Debtor interest:      350.00
    Owner: Community
    Location: In debtor possession.

    44 Mag Smith & Wesson pistol        Debtor interest:      300.00
    Owner: Community
    Location: In debtor possession.

    45 Colt Smith & Wesson        Debtor interest:      200.00
    Owner: Community
    Location: In debtor possession.

    Camping equipment        Debtor interest:      200.00
    Owner: Community
    Location: In debtor possession.

9.   Interests in insurance policies.
    None
10. Annuities.
    None
11. Interests in IRA, ERISA, Keogh, or other pension or profit

In re Jordan, Michael J.

      Jordan, Kenna J.
      Debtors

Case No. (if known)

sharing plans.

**Retirement of husband's**      Debtor interest:      **unknown**
Owner: **Community**
Location: **In debtor possession.**

12. Stock and interests in incorporated and unincorporated businesses.
    None
13. Interests in partnerships or joint ventures.
    None
14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    None
15. Accounts receivable.
    None
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    None
17. Other liquidated debts owing debtor including tax refunds.
    None
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    None
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    None
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    None
21. Patents, copyrights, and other intellectual property.
    None
22. Licenses, franchises, and other general intangibles.
    None
23. Automobiles, trucks, trailers, and other vehicles or accessories.

**1987 Toyota Pickup**      Debtor interest:      **1,000.00**
Owner: **Community**
Location: **In debtor possession.**

**1992 Ford Bronco**      Debtor interest:      **2,000.00**
Owner: **Community**
Location: **In debtor possession.**

24. Boats, motors, and accessories.

In re Jordan, Michael J.

Case No. (if known)

    Jordan, Kenna J.
    Debtors

    None
25. Aircraft and accessories.
    None
26. Office equipment, furnishings, and supplies.
    None
27. Machinery, fixtures, equipment, and supplies used in business.
    None
28. Inventory.
    None
29. Animals.
    None
30. Crops   growing or harvested.
    None
31. Farming equipment and implements.
    None
32. Farm supplies, chemicals, and feed.
    None
33. Other personal property of any kind not already listed.
    None

Total:          8,850.00

In re Jordan, Michael J.

Case No. (if known)

     Jordan, Kenna J.
     Debtors

## SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non bankruptcy federal laws, state
or local law where the debtor domicile has been located for the 180 days
immediately preceding the filing of the petition or for a longer portion
of the 180 day period than in any other place, and the debtor interest
as a tenant by the entirety or joint tenant to the extent the interest
is exempt from process under applicable non-bankruptcy law.

Debtors are married.

| Description of property. Specify exemption law and value claimed exempt | Current market value of property without deducting exemption |
|---|---|

**1987 Toyota Pickup**
                                     Debtor Interest:     **1,000.00**

Exemption law: I.C. Section 11 605(3)
Value exempt:  1,000.00

**1992 Ford Bronco**
                                   Debtor Interest:     **2,000.00**

Exemption law: I.C. Section 11 605(3)
Value exempt:  2,000.00

**22 Smith & Wesson pistol**
                                   Debtor Interest:       **100.00**

Exemption law: I.C. 11-605 (10)
Value exempt:  100.00

**338 Mag Sako (hunting gun)**
                                   Debtor Interest:       **350.00**

Exemption law: I.C. 11-605 (7)
Value exempt:  350.00

**44 Mag Smith & Wesson pistol**
                                   Debtor Interest:       **300.00**

Exemption law: I.C. 11 605 (7)
Value exempt:  300.00

**45 Colt Smith & Wesson**
                                   Debtor Interest:       **200.00**

In re Jordan, Michael J.

              Jordan, Kenna J.
              Debtors

Case No. (if known)

Exemption law: I.C. 11-605 (10)
Value exempt:  200.00

| Bed | Debtor Interest: | 300.00 |

Exemption law:
Value exempt:

| CHAIR | Debtor Interest: | |

Exemption law:
Value exempt:

| Camping equipment | Debtor Interest: | 200.00 |

Exemption law: I.C. 11 605 (10)
Value exempt:  200.00

| Clothing for 3 people | Debtor Interest: | 600.00 |

Exemption law: I.C. Section 11 605(1)(b)
Value exempt:  600.00

| Primary Residence | Debtor Interest: | |

Exemption law: I.C. Section 55-1003 & 1004
Value exempt:  50,000.00

| Primary Residence | Debtor Interest: | 120,000.00 |

Exemption law:
Value exempt:

| Retirement of husband's | Debtor Interest: | unknown |

Exemption law: I.C. 55 1201A
Value exempt:  unknown

| Stove, refrigerator, Small kitchen appliances, kitchen utensils, pots and pans, dishes, table/chairs, sofa, loveseat, living room chairs, end/coffee tables, wall hangings, knick knacks, household plants mirrors clocks, linens, rugs, curtains/drapes, beds (3), dressers, chest of drawers, misc | Debtor Interest: | 3,800.00 |

In re Jordan, Michael J.

Case No. (if known)

      Jordan, Kenna J.
      Debtors

personal items, computer w/
accessories, desk and chair,
bedroom furniture, yard and garden
items, vaccuum cleaner, supplies,
iron/board, televisions, vcr, dvd,
tapes/cd's/dvd's, lamps, stereo,
Exemption law: I.C. Section 11-605(1)(a)
Value exempt:  3,800.00

In re Jordan, Michael J.

Case No. (if known)

Jordan, Kenna J.
Debtors

SCHEDULE D    CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

Account no.:                          Claim amount:
American General                          Unsecured:          **unknown**
P O Box 54290
Los Angeles CA 90054
Liable: **Community**
Date incurred:
Nature of lien: **Goods/services**
Claim is: **Fixed and liquidated.**
Collateral description: **CHAIR**
Collateral market value:
Lien seniority: **0**
Total collateral value: **0.00**

Claim assigned to: **All Address**
                          American General
                          201 First Street Ste 1A
                          Lewiston ID 83501
                          (208) 743-8245

Account no.:                          Claim amount:          **50,000.00**
City Mortgage                          Unsecured:          **50,000.00**
P O Box 6006
The Lakes NV 88901 6006
Liable: **Community**
Date incurred:
Nature of lien: **1st Mortgage on Primary Residence**
Claim is: **Fixed and liquidated.**
Collateral description: **Primary Residence**
Collateral market value:
Lien seniority: **0**
Total collateral value: **0.00**

Subtotal this page:          **50,000.00**

In re Jordan, Michael J.

       Case No. (if known)

    Jordan, Kenna J.
    Debtors

| | |
|---|---|
| Account no.: | Claim amount: 47,000.00 |
| Mortgage Loan Services | Unsecured: 0.00 |
| P O Box 205 | |
| Waterloo IA 50704 0205 | |
| Liable: Community | |
| Date incurred: | |
| Nature of lien: Primary Resience | |
| Claim is: Fixed and liquidated. | |
| Collateral description: Primary Residence | |
| Collateral market value: 120,000.00 | |
| Lien seniority: 0 | |
| Total collateral value: 120,000.00 | |

| | |
|---|---|
| Account no.: | Claim amount: 300.00 |
| Wells Fargo | Unsecured: 0.00 |
| P O Box 98798 | |
| Las Vegas NV 89193-8798 | |
| Liable: Community | |
| Date incurred: | |
| Nature of lien: Goods/services | |
| Claim is: Fixed and liquidated. | |
| Collateral description: Bed | |
| Collateral market value: 300.00 | |
| Lien seniority: 0 | |
| Total collateral value: 300.00 | |

Subtotal this page:    47,300.00
Total:    97,300.00

Page 2

In re Jordan, Michael J.

       Jordan, Kenna J.
       Debtors

Case No. (if known)

### SCHEDULE E    CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

|X|  Debtor has no creditors holding unsecured priority claims.

TYPES OF PRIORITY CLAIMS:

| |  WAGES, SALARIES, AND COMMISSIONS
    Wages, salaries, and commissions, including vacation, severance,
and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $4000* per
person earned within 90 days immediately preceding the filing of
the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. sec.
507(a)(3).

| |  CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
    Money owed to employee benefit plans for services rendered within
180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first
to the extent provided in 11 U.S.C. sec. 507(a)(4).

| |  CERTAIN FARMERS OR FISHERMEN
    Claims of certain farmers or fishermen, up to a maximum of $4000*
per farmer or fisherman, against the debtor, as provided in 11
U.S.C. sec. 507(a)(5).

| |  DEPOSITS BY INDIVIDUALS
    Claims of individuals up to a maximum of $1800* for deposits for
the purchase, lease, or rental of property or services for
personal, family, or household use, that were not delivered or
provided.  11 U.S.C. sec. 507(a)(6).

| |  ALIMONY, MAINTENANCE, OR SUPPORT
    Claims of a spouse, former spouse, or child of the debtor for
alimony, maintenance, or support, to the extent provided in 11
U.S.C. sec. 507(a)(7).

| |  TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
    Taxes, customs duties, and penalties owing to federal, state, and
local governmental units as set forth in 11 U.S.C. sec.
507(a)(8).

| |  COMMITMENTS TO MAINTAIN CAPITAL OF INSURED DEPOSITORY INSTITUTION
    Claims based on commitments to the FDIC, RTC, Director of the
Office of Thrift Supervision, Controller of the Currency, or
Board of Governors of the Federal Reserve System, or their
predecessors or successors, to maintain the capital of an insured
depository institution.  11 U.S.C. sec. 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three
years thereafter with respect to cases commenced on or after the date of
adjustment.

In re Jordan, Michael J.

        Jordan, Kenna J.
        Debtors

Case No. (if known)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code<br>Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Amount of claim |
|---|---|

Account no.:                  Amount of claim:
**Bank of America**
P O Box 53132
Phoenix AZ 85070-3132
Liable: **Community**
Date incurred:
Consideration for claim: **Goods/services**
Claim is: **Fixed and liquidated.**

Account no.:                  Amount of claim:
**Capital One**
P O Box 60000
Seattle WA 98190-6000
Liable: **Community**
Date incurred:
Consideration for claim: **Goods/services**
Claim is: **Fixed and liquidated.**

Account no.:                  Amount of claim:
**Discover**
P O Box 30395
Salt Lake City UT 84130
(800) 347-2683
Liable: **Community**
Date incurred:
Consideration for claim: **Goods/services**
Claim is: **Fixed and liquidated.**

Account no.:                  Amount of claim:
**MBNA America**
P O Box 15137
Wilmington DE 19886-5137

Subtotal this page:        **0.00**

In re Jordan, Michael J.

Case No. (if known)

     Jordan, Kenna J.
     Debtors

(800) 421 2110
Liable: Community
Date incurred:
Consideration for claim: Goods/services
Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:
Retail Services
P O Box 60148
City of Industry CA
91716-0140
Liable: Community
Date incurred:
Consideration for claim: Goods/services
Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:
Sears Recovery Mngmt
P O Box 3671
Des Moines IA 50322 0674
Liable: Community
Date incurred:
Consideration for claim: Goods/services
Claim is: Fixed and liquidated.

Claim assigned to: All address
             Sears
             P O Box 6563
             The Lakes NV 88901 6563

Account no.:                          Amount of claim:
The Bon Macy's
P O Box 4584
Carol Stream IL 60197
(800) 281-0820
Liable: Community
Date incurred:
Consideration for claim: Goods/services
Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:

                       Subtotal this page:          0.00

Page 2

In re Jordan, Michael J.

      Jordan, Kenna J.
      Debtors

Case No. (if known)

**U S Bank**
**Recovery Dept**
**P O Box 17143**
**Denver CO 17143**
**(800) 364-7390**
Liable: **Community**
Date incurred:
Consideration for claim: **Goods/services**
Claim is: **Fixed and liquidated.**

Claim assigned to: **Alt. address**
                  **U S Bankcard**
                  **P O Box 790408**
                  **St. Louis MO 63179-0408**

Subtotal this page:     **0.00**
Total:     **0.00**

Page 3

In re **Jordan, Michael J.**

Case No. (if known)

**Jordan, Kenna J.**
Debtors

### SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor interest. State whether lease is for non-residential real property. State contract number of any governmental contract. |
|---|---|

None

In re **Jordan, Michael J.**

Case No. (if known)

    **Jordan, Kenna J.**
    Debtors

## SCHEDULE H — CODEBTORS

| Name and address of codebtor | Name and address of creditor |
| --- | --- |

None

In re Jordan, Michael J.

Case No. (if known)

     Jordan, Kenna J.
     Debtors

## SCHEDULE I   CURRENT INCOME OF INDIVIDUAL DEBTORS

DEBTOR MARITAL STATUS: **Married and living together**

DEPENDENTS OF DEBTOR
    Living with debtor(s):    **Son/Dayne age 16**

| EMPLOYMENT: | DEBTOR/JOINT 1 | SPOUSE/JOINT 2 |
|---|---|---|
| Occupation: | | |
| Employer name: | Les Schwab | Coles Jewelers |
| How long employed: | | |
| Employer address: | Spokane WA | Lewiston ID 83501 |

INCOME: (Estimate of average monthly income)

| | HUSBAND | WIFE |
|---|---|---|
| Current monthly gross wages, salary, and commissions.......... | 4,000.00 | 554.67 |
| Estimated monthly overtime....... | 0.00 | 0.00 |
| SUBTOTAL | 4,000.00 | 554.67 |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security.............. | 825.00 | 125.67 |
| b.  Insurance................... | 0.00 | 0.00 |
| c.  Union dues.................. | 0.00 | 0.00 |
| d.  Other (specify): | 0.00 | 0.00 |
| SUBTOTAL OF DEDUCTIONS | 825.00 | 125.67 |
| TOTAL NET MONTHLY TAKE HOME PAY | 3,175.00 | 429.00 |
| Regular income from operation of business or profession or farm... | | |
| Income from real property........ | 0.00 | 0.00 |
| Interest and dividends........... | 0.00 | 0.00 |

In re Jordan, Michael J.

                                              Case No. (if known)

    Jordan, Kenna J.
    Debtors

| | | |
|---|---:|---:|
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of dependents listed above.......... | 0.00 | 0.00 |
| Social security or other government assistance: | 0.00 | 0.00 |
| Pension or retirement income..... | 0.00 | 0.00 |
| Other monthly income: | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME: | 3,175.00 | 429.00 |
| TOTAL COMBINED MONTHLY INCOME.... | 3,604.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

  None

In re Jordan, Michael J.

Jordan, Kenna J.
Debtors

Case No. (if known)

SCHEDULE J — CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the
debtor and the debtor's family.  Prorate any payments made bi weekly,
quarterly, semi annually, or annually to show monthly rate.

| | Check this box if a joint petition is filed and debtor's spouse
maintains a separate household.  Complete and label a separate
schedule of expenditures.

Rent/home mortgage payments (include mobile home lot)..  1,054.00

Are real estate taxes included?  Yes |    No .X|
Is property insurance included?  Yes ; |   No |X|

Utilities: Electricity and heating fuel................   250.00
           Water and sewer..............................    75.00
           Telephone...................................    75.00
           Garbage.....................................    25.00
           Security....................................     0.00
           Cable.......................................    40.00

Home maintenance (repairs and upkeep)..................    50.00
Food...................................................   500.00
Clothing...............................................   100.00
Laundry and dry cleaning...............................    25.00
Medical and dental expenses............................   200.00
Transportation (not including car payments)............   400.00
Recreation, clubs and entertainment,
newspapers, magazines, etc.............................    35.00
Charitable contributions...............................     0.00

Insurance: (not deducted from wages or included in
           home mortgage payments.)
           Homeowner's or renter's.....................     0.00
           Life........................................     0.00
           Health......................................    68.00
           Auto........................................   157.00

Taxes: (not deducted from wages or included in home      0.00
       mortgage payments.) (specify)

Installment payments: (In chapter 12 & 13 cases, do not
           list payments to be included in the plan.)    0.00

In re Jordan, Michael J.

                                       Case No. (if known)

    Jordan, Kenna J.
    Debtors

| | |
|---|---:|
| Alimony, maintenance, and support paid to others....... | 0.00 |
| Payments for support of additional dependents not living at your home............................... | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)........ | 0.00 |
| Rent in Spokane | 300.00 |
| School expenses | 100.00 |
| Hair cuts, postage, etc. | 50.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary)........ | 3,504.00 |

In re Jordan, Michael J.

      Jordan, Kenna J.
      Debtors

Case No. (if known)

(The penalty for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, **Michael J. Jordan**, and I, **Kenna J. Jordan**, named as the debtor in
this case, declare under penalty of perjury that I have read the
foregoing **Summary and Schedules**, consisting of **22** sheets (including
this declaration), and that it is true and correct to the best of my
information and belief.

Signature: X _____    Date: _____
       Michael J. Jordan

Signature: X _____    Date: _____
       Kenna J. Jordan

CERTIFICATION AND SIGNATURE OF NON ATTORNEY
BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptcy petition preparer as defined in
11 U.S.C. sec. 110, that I prepared this document for compensation,
and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of         Social Security No.
Bankruptcy Petition Preparer

_____
Address

Names and Social Security numbers of all other individuals who
prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional
signed sheets conforming to the appropriate Official Forms for
each person.

X _____    _____
Signature of Bankruptcy Petition Preparer      Date

Page 3

Form 7 – Statement of Financial Affairs
12/03

| In Re: Jordan Michael Kenna | Case Number: |
|---|---|

# STATEMENT OF FINANCIAL AFFAIRS

**This statement is to be completed by every debtor.** Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the **six years** immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 per cent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 per cent or more of the voting or equity securities of a corporation and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.
11 U.S.C. § 101.

---

### 1. Income from employment or operation of business                    None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (If more than one)

2004                                                Employment    -45,000

2003                                                Employment - -48,000

Form 7 - Statement of Financial Affairs
12/03

## 2. Income other than from employment or operation of business    None ☑

State the amount of income received by the debtor other from employment, trade, or profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| $      | $                         |
| $      | $                         |

## 3. Payments to creditors    None ☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made **within 90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|------------------|-------------|--------------------|
| $                            | $                | $           | $                  |

None ☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insider. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|------------------|-------------|--------------------|
| $                                                       | $                | $           | $                  |
|                                                         |                  | $           | $                  |

Form 7 - Statement of Financial Affairs
12/03

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one  year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF  PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND  VALUE OF PROPERTY |
| --- | --- | --- |

Form 7 - Statement of Financial Affairs
12/03

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT / CASE NUMBER AND TITLE | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Form 7 - Statement of Financial Affairs
12/03

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE AND RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Form 7 - Statement of Financial Affairs
12/03

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND LAST FOUR DIGITS OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Form 7 - Statement of Financial Affairs
12/03

### 14. Property held for another person

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and former spouses

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the **six-year period** immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Form 7 - Statement of Financial Affairs
12/03

"Site" means any location, facility, or property as defined by an environmental law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substances, toxic substance, hazardous material, pollutant, or contaminant or similar term under an environmental law.

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an environmental law.  Indicate the governmental unit, date of the notice and, if known, the environmental law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of hazardous material.  Indicate the governmental unit to which notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATES OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders under any environmental law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18.  Nature, location and name of business

None ☑

Form 7   Statement of Financial Affairs
12/03

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of _____
                                                                    Debtor

Date _____     Signature of _____
                                                                    Joint Debtor (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge. information and belief.

Date _____     Signature _____

                                                                    _____
                                                                    Printed Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. U.S.C. 18 § 152 and 3571.

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     _____

   Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 156.*

Patricia L. Evans                4831


Attorney for the Petitioners

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF IDAHO

In re                              Case No.:
**Michael J. Jordan**
Social Security No.:      7446      Debtor Statement of Intention

**Kenna J. Jordan**                Chapter:7
Social Security No.: —  —5259
Debtors

FOR:  Husband

1.   I, the debtor, have filed a schedule of assets and liabilities
     which includes consumer debts secured by property of the estate.

2.   My intention with respect to the property of the estate which
     secures those consumer debts is as follows:

     a.   PROPERTY TO BE SURRENDERED

          No property to be surrendered.

     b.   PROPERTY TO BE RETAINED

          Property Description
          (Creditor Name)                  Method of Retention
          Chase Wells Fargo                     "            "
          Primary Residence                  Retain — reaffirm
          (City Mortgage)                    (524(c))
          Best AM Gen                           "            "

3.   I understand that section 521(2)(B) of the Bankruptcy Code requires
     that I perform the above stated intentions within 45 days of the
     filing of this statement with the court, or within such additional
     time as the court, for cause, within such 45-day period fixes.

     Date: _____              _____
                                        Signature of debtor

------------------------------------------------------------------
          CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
       BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptcy petition preparer as defined in
11 U.S.C. sec. 110, that I prepared this document for compensation,

In re Jordan, Michael J.

Case No. (if known)

    Jordan, Kenna J.
    Debtors

FOR:  **Wife**

1.    I, the debtor, have filed a schedule of assets and liabilities
    which includes consumer debts secured by property of the estate.

2.    My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.    PROPERTY TO BE SURRENDERED

        No property to be surrendered.

    b.    PROPERTY TO BE RETAINED

| Property Description (Creditor Name) | Method of Retention |
|---|---|
| **Primary Residence** (City Mortgage) | Retain — reaffirm (524(c)) |

3.    I understand that section 521(2)(B) of the Bankruptcy Code requires
    that I perform the above-stated intentions within 45 days of the
    filing of this statement with the court, or within such additional
    time as the court, for cause, within such 45-day period fixes.

Date: _12-20-04_        _____
                               Signature of debtor

           CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
        BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptcy petition preparer as defined in
11 U.S.C. sec. 110, that I prepared this document for compensation,
and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of          Social Security No.
Bankruptcy Petition Preparer

_____

Address

Names and Social Security numbers of all other individuals who
prepared or assisted in preparing this document.

In re Jordan, Michael J.

        Jordan, Kenna J.
        Debtors

Case No. (if known)

## NOTICE TO INDIVIDUAL CONSUMER DEBTORS

If you intend to file a petition for relief under the bankruptcy laws
of the United States, and your debts are primarily consumer debts, the
Clerk of Court is required to notify you of each chapter of the
Bankruptcy Code under which you may seek relief.  You may proceed under:

      Chapter  7     Liquidation, or
      Chapter 11 — Reorganization, or
      Chapter 12     Adjustment of Debts of a Family Farmer With Regular
                     Annual Income, or
      Chapter 13     Adjustment of Debts of an Individual With Regular
                     Income

If you have any questions regarding the information contained in this
notice, you should consult with your attorney.

                                            Clerk of Court

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice.

_____     Date: _____
Debtor

_____     Date: _____
Joint Debtor